UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                              Case No. 1:21-cr-20081

v.

                                              Honorable Thomas L. Ludington
DECORION JACKSON,                    Magistrate Judge Patricia T. Morris

        Defendant.
_____/

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND
TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

On May 17, 2021, Magistrate Judge Patricia T. Morris conducted a plea hearing pursuant to Defendant Decorion Jackson's consent. The Magistrate Judge issued her Report and Recommendation on May 24, 2021, recommending that this Court accept Defendant's plea of guilty. ECF No. 19.

Although the Magistrate Judge's Report explicitly stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the Report, neither Plaintiff nor Defendant filed any objections. The failure to file objections waives any right to appeal the Magistrate Judge's findings that Defendant was competent to enter a plea, and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *See* Fed. R. Crim. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 19, is **ADOPTED**.

-2-

It is further **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 17, is taken **UNDER ADVISEMENT**.

Dated: June 17, 2021                                         s/Thomas L. Ludington
                                                                              THOMAS L. LUDINGTON
                                                                              United States District Judge